**Philip A. Seplow, Esq.**
**Attorney # 004859**
**Joseph C. Crary, Esq.**
**Attorney #032120**
**518 East Willetta Street**
**Phoenix, AZ  85004-1739**
**480-254-2777**
**Email: screenwriter2@earthlink.net**

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Katrina Williams, et al., | Case No.  CV 16-03921-PHX-JJT (BSB) |
| Plaintiffs, | |
| vs. | PLAINTIFF'S MOTION TO CONTINUE THE DEADLINE FOR COMPLETION OF FACT DISCOVERY FORTY-FIVE DAYS |
| Mark Lamb, et al., | |
| Defendants. | |

COMES NOW the Plaintiffs, by and through undersigned counsel, and move to continue the discovery deadline for completion of fact discovery for forty-five (45) days. Undersigned counsel did not expect to find that his clients were homeless for a period of time, that they moved to Texas, and then moved to Illinois.  He did not expect that when mail would come to him, it would come to "West Willetta" as opposed to East Willetta, which sometimes made receipt of documents tardy for up to ten (10) days.

Undersigned counsel is requesting this extension because he believes he needs to extend some type of courtesy to the Defendants.  Undersigned counsel fully takes responsibility for the lateness of the authorizations which counsel for the Defendants needed in order to acquire certain documents in order

1

1 to depose, for the most part, the adult Plaintiff, which took an
2 exceedingly long time to obtain.

3 Undersigned counsel does have one problem, however. He
4 has been advised by counsel for the Defendants to keep the
5 depositions scheduled for March 27, 28 and 29. Undersigned
6 counsel is paying for all four Plaintiffs airfare out of his own
7 pocket because the Plaintiffs now live in Illinois and they do not
8 have the means nor methods to come to Arizona for the depositions
9 unless undersigned counsel flies them here and provides
10 accommodations for them in Phoenix.

11 If the Court is in such a posture where the discovery
12 deadlines will be continued for forty-five days, undersigned
13 counsel would like to know as soon as possible so he doesn't have
14 to purchase airline tickets and then find out that defense counsel
15 are going to say that "they don't want to depose the Plaintiffs on
16 those days" because they haven't received certain necessary
17 documents needed to perform the depositions. Undersigned counsel
18 is not in a position to pay for two trips to Arizona for
19 depositions.

20 This Motion is made not for purposes of delay but in the
21 interests of justice and judicial economy.

22 Under information and belief, neither defense counsel
23 has an objection to this Motion.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Undersigned counsel would be available for a telephonic conference in regard to the discovery deadlines any time that the Court and opposing counsel are available to discuss same.

DATED THIS 14th day of March, 2018.

PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically transmitted the attached document to the following:

James M. Jellison, Esq.
Attorney for County Defendants

Georgia Hammann, Esq.
Attorney for Defendants Walmart and Rexstrew

S/ Philip A. Seplow